## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

COMCAST CABLE COMMUNICATIONS

|  |  |  |
|---|---|---|
| Plaintiff (s) | : | Civil Action No. 05-1978   (HAA) |
| | : | |
| vs. | | |
| | : | ORDER OF DISMISSAL |
| IDALINA MARIA SANTOS | | |
| Defendant(s) | : | |

It has been reported to the Court that the above-captioned matter has been settled, therefore,

It is on this the 12th  day of  May, 2005,

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

Hon. Harold A. Ackerman,   U.S.D.J.

Wayne D. Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill; PO Box 351
Ellenville, NY   12428
Telephone:  845-647-8500
WL0807

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
NEWARK DIVISION

COMCAST CABLE COMMUNICATIONS,

                   Plaintiff,                        **NOTICE OF SETTLEMENT**

        - against -                       Civil No.  05-1978 HAA
                                             Hon. Harold A. Ackerman

IDALINA MARIA SANTOS,

                   Defendants.

Plaintiff, COMCAST CABLE COMMUNICATIONS, hereby has compromised a portion of the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action specifically against defendant **IDALINA MARIA SANTOS** without prejudice.

This is based upon a settlement made between Plaintiff and the above referenced  Defendant wherein the Defendant will pay a certain consideration over a period of time not to exceed May 20, 2005.  The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement.  However, the Plaintiff specifically reserves the right, in the event of any non-payment by the Defendant named herein, to reopen and reinstate its claim against the Defendant.  Alternatively, upon completion of the terms of any settlement, Plaintiffs will dismiss their claim against the Defendant with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 10, 2005
        Ellenville, NY